IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDREW DEWAYNE DUEBERRY, :

    Plaintiff, :

vs. : CIVIL ACTION 10-00698-WS-C

LARRY MEYERS, et al., :

Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's claims against Defendants, Walter Meyers, Quentin Curry, Larry Brooks, and Joseph Risker, be and are hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

DONE this 4th day of October, 2011.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE