IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDREW DEWAYNE DUEBERRY, :

    Plaintiff, :

vs. : CIVIL ACTION 10-00698-WS-C

LARRY MEYERS, et al., :

Defendants.

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's claims against Defendants, Walter Meyers, Quentin Curry, Larry Brooks, and Joseph Risker, be and are hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

DONE this 4th day of October, 2011.

                s/WILLIAM H. STEELE
                CHIEF UNITED STATES DISTRICT JUDGE